AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.
MAR 0 9 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America
v.
MILES STEVEN MCGOUGH,

Defendant

)
)
)
)
)
)
)

Case No.
23-60061-CR-MOORE/LOUIS
Colorado Case: 23-mj-00047-NRN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:32 am, Mar 13, 2023
JEFFREY P. COLWELL, CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MILES STEVEN MCGOUGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Enticement of a Minor to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2422(b)
Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a)
Traveling for Sex with a Minor, in violation of Title 18, United States Code, Section 2423(b)

Date: 3/9/23

_____
Issuing officer's signature

City and state:   Fort Lauderdale, Florida

Alicia O. Valle, U.S. Magistrate Judge
_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____  _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

**(Not for Public Disclosure)**

Name of defendant/offender: Miles Steven McGough

Known aliases: 

Last known residence: 4731 Rosette Street, Castle Rock, Colorado

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 02/28/1997

Social Security number: 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

Height: 

Weight: 

Sex: Male

Race: Caucasion

Hair: Blonde

Eyes: Blue

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: HSI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Miles Steven McGough

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Ajay J. Alexander

Last Known Address: 4731 Rosette Street

Castle Rock, CO

What Facility: _____

Agent(s): Michelle Maglione (HSI)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)