FILED BY _____ D.C.

MAR 09 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60061-CR-MOORE/LOUIS

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2423(b)

UNITED STATES OF AMERICA

v.

MILES STEVEN MCGOUGH,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Enticement of a Minor to Engage in Criminal Sexual Activity
### (18 U.S.C. § 2422(b))

Beginning in or around August 2022, and continuing through in or around December 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MILES STEVEN MCGOUGH,**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years, that is, Minor Victim, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251(a))

Beginning in or around August 2022, and continuing through in or around December 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MILES STEVEN MCGOUGH,**

did use, persuade, induce, entice, and coerce a minor, that is, Minor Victim, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, and was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
### Traveling for Sex with a Minor
### (18 U.S.C. § 2423(b))

On or about August 10-11, 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MILES STEVEN MCGOUGH,**

did travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b)

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MILES STEVEN MCGOUGH**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property, real or personal, used, or intended to be used, to commit, or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428.

3. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of Title 18, United States code, Section 2423, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property, real or personal, used, or intended to be used, to commit, or to

facilitate the commission of such offense, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253, and 2428, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

MILES STEVEN MCGOUGH,

_____/
                Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami    ☐ Key West    ☐ FTP
- ☒ FTL      ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☒ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No.    A5502506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MILES STEVEN MCGOUGH

**Case No:** _____

Count 1

Enticement of a Minor to Engage in Criminal Sexual Activity

Title 18, United States Code, Section 2422(b)

* **Max. Term of Imprisonment:** Life
* **Min. Term of Imprisonment:** Ten (10) Years
* **Max. Supervised Release:** Life with a Minimum Five (5) Years
* **Max. Fine:** $250,000

Count 2

Production of Child Pornography

Title 18, United States Code, Section 2251(a)

* **Max. Term of Imprisonment:** Thirty (30) Years
* **Min. Term of Imprisonment:** Fifteen (15) Years
* **Max. Supervised Release:** Life with a Minimum Five (5) Years
* **Max. Fine:** $250,000

Count 3

Traveling for Sex with a Minor

Title 18, United States Code, Section 2423(b)

* **Max. Term of Imprisonment:** Thirty (30) Years
* **Min. Term of Imprisonment:** N/A
* **Max. Supervised Release:** Life with a Minimum Five (5) Years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

Revised 5/16/2022