**SEALED**   **SEALED**

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____D.C.

MAR 07 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| | |
|---|---|
| United States of America<br>v.<br>MILES STEVEN MCGOUGH,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 23-6094-AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/2022 to 12/2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a minor to engage in criminal sexual activity |
| 18 U.S.C. § 2423(b) | Traveling for sex with a minor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michelle Maglione, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence

Date: __March 7, 2023__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__   __Alicia O. Valle, United States Magistrate Judge__
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle Maglione, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Miles Steven McGough** with a violation of Title 18, United States Code, Sections 2422(b) (enticement of a minor to engage in criminal sexual activity) and 2423(b) (traveling for sex with a minor).

2. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), the investigative arm of the Department of Homeland Security and have been since 2004.[1] In my current position as an HSI Special Agent, I am assigned to the Internet Crimes Against Children ("ICAC") Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A. As an HSI Special Agent, I have received training in how to conduct child exploitation investigations, and I have both conducted and assisted in such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography. In addition, I have participated in investigations involving the importation and distribution of materials relating

---

[1] Prior to serving as a Special Agent with HSI, I worked with United States Customs Service for approximately ten years and held positions including International Trade Specialist, Import Specialist and Customs Inspector.

to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing all forms of electronic media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

### Investigation

4. On January 5, 2023, law enforcement in Colorado executed a search warrant of Snapchat accounts belonging to Miles Steven McGough, a twenty-five (25) year-old male, born on 2/28/1997, and residing at 4731 Rosette Street, Castle Rock, Colorado. In the Snapchat return, law enforcement discovered that McGough had been conversing with a 14-year-old female (Victim) – later confirmed to be residing in Coral Springs, Broward County, Florida – and that nude images had been sent back and forth between the Victim and McGough. Colorado authorities notified HSI Fort Lauderdale of this information.

5. Law enforcement reviewed the Snapchat conversations between McGough and the Victim. The Snapchat conversations began on or about August 4, 2022 and continued through on or about December 12, 2022. These conversations were sexual in nature with nude images being sent back and forth between McGough and the Victim.

6. On August 8, 2022, in a Snapchat conversation, McGough asked the Victim what her age was, to which she responded that he was fifteen years old. McGough subsequently advised that

2

he was twenty-five years old. Initially, the Victim suggested that she and McGough just be friends due to the age difference. On that same day, however, McGough asked "what if I wanna be more?" The Victim responded by stating, "Im 15" and "even if you want to it's a no" before repeating that she wanted to be "just friends."

7. On August 9, 2022, in a Snapchat conversation, McGough advised, "well if I fly into Florida tomorrow, we can hang" and suggested renting a vehicle to meet her. The Victim explained to McGough that she would not be able to spend much time with him and indicated that she would have to sneak out of her mom's house. The Victim suggested that she could use the dogs as an excuse and spend 10-15 minutes with him. McGough advised that he would rather go to Georgia because 10-15 minutes is not enough to get him to travel to Florida. McGough told the Victim that, if she can give him an entire evening, he would consider making the trip. McGough then suggested that the Victim "spend the night at a friend's house" because the Victim was worried her mother would get suspicious.

8. On August 10, 2022, at 10:01 a.m., in a Snapchat conversation, the Victim reveled to McGough that she was "a complete virgin" and had "never gone on a date with a guy or anything." She added that she was "not comfortable staying the night with some guy I met online." The Victim told McGough that she wanted to wait until she was at least seventeen years old before having sex.

9. On August 10, 2022, at 1:27 p.m., in a Snapchat conversation, McGough told the Victim, "I'll see you tomorrow." The Victim told McGough to "cancel that ticket boo." McGough responded, "nope ill see you tomorrow" and "im gonna kiss you in person." The Victim tried to explain that she could not meet with him and suggested he come visit her another time.

10. On August 10, 2022, at 2:56 p.m., in a Snapchat conversation, McGough stated, "I really can't come fuck you tomorrow." The Victim replied stating, "I wish." The Victim asked, "u cancelled the tickets right". McGough replied in the negative. The Victim once again asked McGough

3

to cancel the ticket which prompted McGough to respond, "fine:(" before stating, "Hehe mmmm id take your your clothes off and tie you up. Then I would start rubbing your thighs getting higher and closer between your legs while I kneel infront of you and watch your pussy get wet. Then ill start eating you out until your legs are quivering. Then ill get up and go take a shower. When I come back I'll get on top of you rub some lube on my dick and slide it all the way the base hearing you scream, then ill start sliding into you going faster and faster while I grab your tits and then ill wrap my hand around your throat when im cumming deep in your pussy. Then ill get my dog to lick it as my cum drips out of you."

11. On August 11, 2022, in a Snapchat conversation, McGough told the Victim that he was at airport in Fort Worth, Texas, waiting for his bag and going to the hotel.

12. On August 12, 2022, in a Snapchat conversation, the Victim agreed to meet with McGough at 10:00 a.m. and provided him with her home address. The Victim told McGough to let her know when he was in the neighborhood and that she would come out to him.

13. On August 12, 2022, 2:24 p.m., in a Snapchat conversation, McGough advised the Victim that he arrived: "okay im here." There were no other messages placed on August 12, 2022, between 2:31 pm and 5:06 pm.

14. On August 12, 2022, at 5:06 p.m., in a Snapchat conversation, the Victim messaged McGough stating "Hey" and "I already miss you" before advising that "my freckin panties r soaked." McGough responded, "hehe did I make you cum." The Victim replied, "lol I stopped u before you did." McGough told the Victim, "dont be so shy babygirl." McGough then discussed how her digitally penetrated the Victim's vagina before stating that he would love oral sex and "I really want my dick in you."

15. On August 12, 2022, at 7:10 p.m., in a Snapchat conversation, McGough told the Victim, "But I wanna be your first and idk when I'll come back down here. The Victim replied, "Sorry

4

boo." The conversation continued with McGough pressuring the Victim to have intercourse with him before he left Florida.

16. On August 13, 2022, at 7:37 p.m., in a Snapchat conversation, McGough told the Victim "I wanted to cum down your throat." The Victim replied, "Next time I suck on your dick first ok." McGough continued the conversation by stating to the Victim "like jump in the backseat first and then deepthrought me."

17. On August 13, 2022, at 7:39 p.m., in a Snapchat conversation, McGough stated to the Victim, "I wanna choke you while you have my dick in your mouth and make you gag" and "I really want to be inside you babygirl ik you said you don't wanna but I think you are ready." He told the Victim that "Monday you will get really horny with my dick in you."

18. On August 16, 2022, at 12:20am, in a Snapchat conversation, McGough told the Victim, "Too bad we couldn't have a threesome." The Victims questioned McGough, asking if he meant a threesome with her sister. McGough tried to explain to the Victim that a "threesome is like a one-time deal so people don't catch feelings."

19. On August 16, 2022, at 12:56 a.m., in a Snapchat conversation, McGough asked the Victim, "baby can you send me a pair of panties in the mail but ones that your pussy is soaked, I really really like the smell of your pussy."

20. The electronic search warrant on McGough Snapchat account discovered conversations about sexual content, pictures and videos sent to McGough and with content sent back to the Victim by McGough. For example, McGough sent the Victim images of him masturbating while he is ejaculating onto himself. Examples are as follows.

**File 1:**
The video depicts a male laying on a bed with a blue blanket on his legs, masturbating and ejaculating. The video is 8 seconds in length.

5

**File 2:**
The video depicts a male laying on a bed with no shirt and what appears to be a blue blanket on his legs while masturbating and ejaculating. There is a Tv playing in the background. The video is 17 seconds in length.

**File 3:**
The video depicts a male laying on a bed, with a black t-shirt and a dark gray blanket masturbating and ejaculating. The video is 8 seconds in length.

## Interview with Victim

21. On March 3, 2023, the Victim participated in a forensic interview. During the interview, the Victim stated that she met McGough on a social media application called "LMK," which is an app used to meet other children in her age range. Shortly after meeting McGough, the two began communicating on the social media application "Snapchat." The Victim stated that she began communicating with McGough in the summer of 2022.

22. The Victim acknowledged McGough knew her age to be 15 years of age. This was confirmed in the snapchat text messages from August 8, 2022. The Victim could not remember McGough's exact age but stated he was in his twenties. According to the Victim, McGough indicated that he did not care that she was 15 years old. The Victim stated that McGough still wanted to come to Florida because he wanted to have sex with her; however, the Victim stated that she told McGough that she would rather go on a date to get to know him.

23. The Victim acknowledged sending "nudity" images back and forth during their communications on Snapchat. The Victim began by sending images of her breasts, buttocks, and her vagina which were unclothed, and McGough would send pictures of himself "stroking" his penis.

24. The Victim confirmed McGough made a trip to Florida approximately two weeks after the two began communicating on social media. The Victim stated that McGough was trying to decide to come to Florida or to go visit a friend in another state. The Victim stated she told McGough not to come to Florida and recommended he go visit his friend; however, McGough made the decision to travel to Florida where he allegedly had family.

6

25. The Victim stated that McGough purchased a plane ticket to fly to Florida, and later sent her a photo of his plane ticket, but she could not remember which airline he traveled on.

26. The Victim stated the two met approximately 3-4 times during his visit to Florida. The Victim stated that they would end up in his rental vehicle and he would park the car at various locations in her neighborhood. The Victim disclosed that her and McGough engaged in several different sexual acts. The Victim admitted that she provided oral sex which she described as "mouth to penis" and admitted to "jerking him off" which she described as "stroking" his penis. The Victim disclosed that McGough put his mouth on her vagina and used his fingers to penetrate her vagina. The Victim stated that McGough had condoms in the car each time they met; however, the Victim stated that she never engaged in intercourse with McGough during their visits.

27. The Victim also disclosed additional concerning details regarding McGough's perversions, stating McGough expressed his interest in having a "little boy" "fuck" her and McGough would "suck the boy off too." The Victim stated that, when McGough returned to his hotel room, he got drunk and during their conversation, he began to tell her that he had a rape fantasy and indicated that he wanted to act like he was raping her while they had sex.

28. The Victim advised that this was the first time anyone has ever met with her that she has communicated with through social media; however, the Victim did admit to previously exchanging nude content back and forth with other individuals on various social media applications, which included content showing her breasts and vagina.

29. During the forensic interview, the Victim provided a hand drawn diagram showing where McGough parked his vehicle in relation to her home. The Victim provided law enforcement her cellular device and consent to have the device forensically examined.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **Miles Steven McGough** for committing a violation of Title 18, United States Code, Sections 2422(b) (enticement of a minor to engage in criminal sexual activity) and 2423(b) (traveling for sex with a minor).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT MICHELLE MAGLIONE
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me in person on this 7th day of March, 2023.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

8